RECEIVED
IN MONROE, LA

JUL 18 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VINCENT ROBINSON | CIVIL ACTION NO. 07-0217 |
| VS. | SECTION P |
| MOREHOUSE PARISH JAIL, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 16 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE